**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6082**

_____

WILLIE WORLEY, JR.,

             Plaintiff - Appellant,

       v.

DANNY STANLEY, Sign Plant Manager; TOMMY MAY, Assistant
Plant Manager; MR. PEARSON,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (5:09-ct-03175-FL)

_____

Submitted:  April 20, 2012          Decided:  May 25, 2012

_____

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie Worley, Jr., Appellant Pro Se.  Lisa Yvette Harper,
Assistant Attorney General, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie D. Worley, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Worley v. Stanley, No. 5:09-ct-03175-FL (E.D.N.C. Jan. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED